USA-74-24B
(Rev. 05/01)

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:24-cr-00205**

USAO Number:  2022R02379

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed  *April 17, 2024*

Nathan Ochsner, Clerk of Court

Judge:  **Ellison**

UNITED STATES of AMERICA

vs.

**ATTORNEYS:**

| | Appt'd | Private |
|---|---|---|
| **Alamdar S. Hamdani, USA**   (713) 567-9000 | | |
| Christine J. Lu, AUSA   (713) 567-9000 | | |
| ANGEL REYES ISIDRO | ☐ | ☐ |
| aka ANGEL REYES | ☐ | ☐ |
| aka LUCAS ISIDRO REYES | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Cts. 1-4:  Visa Fraud [18 U.S.C. § 1546(a)]

Cts. 5-9:  Fraud in Foreign Labor Contracting [18 U.S.C. § 1351]

Ct. 10:  False Document [18 U.S.C. § 1001(a)(3)]

Ct. 11:  Mail Fraud [18 U.S.C. § 1341]

CHARGE:
(TOTAL)
(COUNTS:)
( **11** )

_____
_____
_____
_____
_____
_____
_____

**PENALTY:**

Cts. 1-4:  Maximum of 10 years (in the case of the first or second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime), or 15 years (in the case of any other offense).

Cts. 5-9:  Imprisonment of not more than 5 years, up to $250,000 fine, up to 3 years SR.

Ct. 10:  The maximum term of imprisonment is five years, or eight years is if the offense involves international or domestic terrorism as defined in 18 U.S.C. § 2331, or relates to offenses under chapter 109A, 109B, 110 (sex abuse and pornography), or 117 (Mann Act), or section 1591 (sex trafficking of children).

Ct. 11:  Not more than 20 years imprisonment and/or a fine of not more than $250,000; SRT up to three years. If a financial institution was affected, not more than 30 years imprisonment and/or a fine of not more than $1,000,000, a term of SRT up to five years, $100 SA.

☐ In Jail

**NAME & ADDRESS**
**of Surety:**

☐ On Bond

☑ No Arrest

**PROCEEDINGS:**

_____
_____
_____
_____
_____
_____