FROM: 12168506
TO: Ortiz, Jimmy
SUBJECT: Requesting update
DATE: 08/05/2025 08:01:15 PM

CASE # 4:24CR-00205
File on Record Nathan Ochsner

Mr. Ortiz,

Please come to visit, I have several questions from the reverse proffer.
In addition I have not received confirmation from my last email requesting a motion to suppress based on a possible invalid warrant.
My wife is currently in the hospital from a stroke she suffered so it is imperative that I know the status of my case to alleviate the enormous stress my case has put on her.
I would appreciate a response as quickly as possible.
Also I have a pretrial conference date of September 30, I am assuming there will be a continuance? Please confirm this to be the case.
Thank you
Angel Reyes

Attorney
cc: Jimmy Ortiz

United States Courts
Southern District of Texas
FILED

AUG 11 2025

Nathan Ochsner, Clerk of Court

FROM: 12168506
TO: Ortiz, Jimmy
SUBJECT: RE: RE: motion to suppress
DATE: 07/31/2025 07:21:34 PM

*Case# 4:24CR-00205*

*File on Record. Nathan Ochsner*

Mr. Ortiz,

The evidence I would like suppressed is the evidence obtained from the search from a white Ford E-350 in Pennsylvania and my house in Katy. I believe this evidence was obtained illegally; either the search warrant is bad or there was no search warrant. If a warrant was not required then I would like to confirm that probable cause was established.
Also I would like to discuss the reverse proffer meeting from last week.
Thank you
Angel Reyes

cc: *Attorney Jimmy Ortiz*

Angel Reyes #1216 8806
Federal Detention Center
P.O. Box 526285
Houston Texas 77052

HOUSTON TX RPDC 773
8 AUG 2025 PM 2 L

United States Courts
Southern District of Texas
FILED
AUG 11 2025
Nathan Ochsner, Clerk of Court

Nathan Ochsner
United States Federal Courtesy Building
515 Rusk Ave
Houston, Texas 77002

FEDERAL DETENTION CENTER
1200 TEXAS AVE
HOUSTON, TX 77002

Legal Mail

THE ENCLOSED SPECIAL MAILING PROCEDURES
FOR FORWARDING. IT HAS BEEN OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE ADDRESS.