UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §  **CRIMINAL ACTION NO. 4:24-CR-** |
| **VS.** | § **00205** |
| | § |
| **ANGEL REYES ISIDRO** | § |

# EXCLUDABLE DELAY ORDER

As to Defendant_ANGEL REYES ISIDRO_, It is **ORDERED** that a period of excludable delay shall commence on February 9, 2026, pursuant to Title 18 U.S.C. §3161(h)(7)(A) and (B), Category T of the Speedy Trial Act Amendments of 2008.

In accordance with Title 18 U.S.C. §3161(h)(8)(A), the basis for continuance is the finding that the ends of justice served by taking this action outweigh the best interest of the public, as well as the Defendant, to a speedy trial, and is contained in a written motion filed by Defendant. It is, therefore, **ORDERED** that the unopposed motion for continuance (Doc. 57) is **GRANTED**.

The Court finds that pursuant to Title 18 U.S.C. §3161(h)(8)(B):

[**X**]   Failure to grant a continuance would stop further proceedings or result in the miscarriage of justice.

[ ]   Case unusual or complex, and as stated in open court on -------

[ ]   Continuance is granted in order to obtain or substitute counsel, or to allow reasonable time for trial preparation.

The period of excludable delay shall end at commencement of trial or disposition of charges.

1. MOTIONS will be filed by            March 4, 2026

2. RESPONSES will be filed by           <u>March 18, 2026</u>

3. PRETRIAL CONFERENCE is set for      <u>April 1, 2026 at 10:30 a.m.</u>

   (515 Rusk, Courtroom 3A, 3rd Floor Houston, Texas)

   **DEFENDANT MUST BE PRESENT**

4. JURY selection and TRIAL set for      <u>April 6, 2026 at 9:00 a.m.</u>

   Signed at Houston, Texas on January 9, 2026.

   _____
   Keith P. Ellison
   United States District Judge